IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **HI QUOC TRUONG,** | C 06-4235 MMC |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **D.L. RUNNELS, in his capacity as Warden of the High Sesert State Prison,** | |
| Respondent. | |

GOOD CAUSE appearing, it is hereby ordered that the time within which to file respondent's answer be extended 60 days to and including June 30, 2008.

Dated: April 24, 2008

_____
The Honorable Maxine M. Chesney