IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| HI QUOC TRUONG, | ) | No.  C-06-4235 MMC (PR) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | [PROPOSED] ORDER |
| DAVID RUNNELS, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Good Cause appearing, it is hereby ordered that the time within which to file petitioner's traverse be extended 30 days to and including August 24, 2008.

Dated:__July 23, 2008_____          _____
                                          The Honorable Maxine M. Chesney