United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HI QUOC TRUONG,

          Petitioner,

   v.

D.L. RUNNELS, Warden,
High Desert State Prison,

          Respondent
_____/

No. C-06-4235 MMC

**ORDER DIRECTING RESPONDENT TO
FILE SUPPLEMENT TO ANSWER**

     On March 20, 2008, petitioner filed an Amended Petition for Writ of Habeas Corpus
And Memorandum of Points and Authorities in Support Thereof.  On June 24, 2008,
respondent filed an answer thereto, attached to which are copies of excerpts of the state
court record.

     In order to assist the Court, respondent is hereby DIRECTED to supplement his
answer by filing, no later than October 31, 2008, additional excerpts of the state court
record, specifically, copies of Appellant's Opening Brief, Respondent's Brief, and
Appellant's Reply Brief, if any, filed in the California Court of Appeal in connection with
petitioner's direct appeal.

     **IT IS SO ORDERED.**

Dated:  October 21, 2008

_____
MAXINE M. CHESNEY
United States District Judge