**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HI QUOC TRUONG, | No. C-06-4235 MMC |
| Petitioner, | **ORDER DIRECTING PARTIES TO SUPPLEMENT RECORD** |
| v. | |
| DAVID RUNNELS, Warden, High Desert State Prison, | |
| Respondent. | |

  To assist the Court in its determination of the above-titled petition, the parties are hereby directed to meet and confer and thereafter, no later than June 3, 2010, jointly file with the Court a copy of Trial Exhibit 10, specifically, the CD of the police dispatch tape. See Rule 7 of Rules Governing § 2254 Cases.

  **IT IS SO ORDERED.**

Dated: May 13, 2010

MAXINE M. CHESNEY
United States District Judge