EDMUND G. BROWN JR.
Attorney General of California
PEGGY S. RUFFRA
Supervising Deputy Attorney General
VIOLET M. LEE
Deputy Attorney General
State Bar No. 77144
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5896
  Fax:  (415) 703-1234
  E-mail:  Violet.Lee@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **HI QUOC TRUONG,** | C 06-4235 MMC |
| Petitioner, | **STIPULATION AND ORDER** |
| v. | |
| **D.L. RUNNELS, in his capacity as Warden of the High Desert State Prison,** | |
| Respondent. | |

    1. On May 13, 2010, Respondent received the Court's Order Directing Parties to Supplement Record.  Respondent's counsel, Deputy Attorney General Violet M. Lee, immediately called the San Francisco District Attorney's Office to request that the file in the case of *People v. Hi Quoc Truong* be retrieved from storage.  The file was ordered from storage on May 17, 2010.

    2. On May 18, 2010, Respondent sent Deputy District Attorney Lailah Morris by facsimile the Court's Amended Order Directing Parties to Supplement Record.

    3. In an effort to coordinate efforts to comply with this Court's order, Petitioner's counsel and Respondent's counsel conferred by phone on May 17, 19, 26, and 27, 2010.

1

4. On May 18, 2010, Petitioner's counsel ordered trial counsel's file from storage and received three boxes the next day.

5. As of May 27, 2010, the San Francisco District Attorney's Office has yet to receive the file in *People v. Hi Quoc Truong*. Until Respondent has access to the file, Petitioner and Respondent are unable to comply with the Court's order.

6. For the reasons stated, the parties need additional time to comply with the Court's order.

Dated:  May 27, 2010

Respectfully submitted,                                             Respectfully submitted,

                                                              EDMUND G. BROWN JR.
                                                              Attorney General of California

By:  /s/ Cliff Gardner                                              By:  /s/ Violet M. Lee
      Cliff Gardner                                                        Violet M. Lee
                                                               Deputy Attorney General

Attorneys for Petitioner                                             Attorneys for Respondent
HI QUOC TRUONG                                                       DAVID RUNNELS

Pursuant to the stipulation of the parties and good cause having been shown, the time to comply with the Amended Order Directing Parties to Supplement Record is extended to July 2, 2010.

IT IS SO ORDERED.

DATED:  May 28, 2010

                                                               MAXINE M. CHESNEY
                                                              United States District Judge

SF2008401162
40459462.doc