IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HI QUOC TRUONG,

        Plaintiff

  v.

D.L. RUNNELS, in his capacity as Warden of the High Desert Prison,

        Defendant.

No. CV-06-4235 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    ( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

The petition for a writ of habeas corpus is hereby DENIED.

A certificate of appealability is hereby DENIED.

Dated: December 28, 2011

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk